610

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. THOMPSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DONALD L. MAHONEY.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD ALVAREZ.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ SARAH GOLDSTEIN v. EDWARD GOLDSTEIN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's and respondent's points, upon condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Respondent shall serve one typewritten or mimeographed copy of the respondent's points upon the attorney for appellant and file 6 typewritten or 19 mimeographed copies of respondent's points with this court on or before August 26, 1959. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK et al., Petitioners, against ROBERT F. WAGNER, Individually and as Mayor, et al., Respondents.— Motion granted insofar as to permit movants, the Police Conference of the State of New York, to file a brief *amicus curiae* on the argument or submission of the appeal. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ JOSEPH M. BRIEFSTEIN v. P. J. ROTONDO CONSTRUCTION CO., INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 28, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ STORK RESTAURANT, INC. v. LOUIS FERNANDEZ, as President, et al.— Motion for stay granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ LOUIS KLINICK v. MURRAY BARR et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of the Estate of OSCAR B. CINTAS, Deceased. LUIS VIDANA Y VALDES et al., Appellants; CHICAGO HISTORICAL SOCIETY et al., Respondents.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.